UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

MINUTES of RESENTENCING

UNITED STATES OF AMERICA v. Brian Scott Fisher

DATE: 4/30/2012 at 10:36 a.m. - 10:55 a.m.
CASE NO: 2:10-cr-28
PLACE: Marquette
JUDGE: Hon. R. Allan Edgar

Assistant U.S. Attorney: Maarten Vermaat
Defense Attorney: Paul Peterson - FPD

OFFENSE LEVEL: Felony
CONVICTION: indictment

[X] PLEA  [ ] JURY TRIAL  [ ] COURT TRIAL   COUNT: 1

IMPRISONMENT: time served
PROBATION:
SUPERVISED RELEASE: 3 years
RESTITUTION: $
FINE: $ waived
MANDATORY SPEC. ASSESS: $100.00

CUSTODY/RELEASE STATUS
    released

ADDITIONAL:

Proceedings digitally recorded                Case Manager: C.A. Moore